55,762-12

Date: April 18, 2015

Mr. Joseph Barnard Hins
#901768- Connally unit
899 F.M. 632
Kenedy, Tx. 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 19 2015
Abel Acosta, Clerk

Clerk of the
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

Re: WR-55,762-12 / Tr. Ct. No. 776435

Clerk,

Im writing you in concern of the rebuttal that I file with this court on April 16, 2015 to the State's original answer and the trial courts Fact findings and conclusions of law. Such rebuttal contain exhibits of the Juvenile's transfer order and police report.

The application for writ of habeas corpus was receive late from the district clerk, but applicant had already filed his rebuttal with this court. Can please file the rebuttal and exhibits with the above writ number thats presented to the court. And inform me of the date filed and ~~Thank you~~ presented? Ive also enclosed a self address stamp envelope.

Thank you.

x [signature]

C.C.F.

1